UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EDWARD S. BYNUM and TONY E. BYNUM <br><br> Defendants. | Civil Action No. 5:11-CV-62-FL <br><br><br> **ENTRY OF DEFAULT AGAINST TONY E. BYNUM** |

This cause coming before the undersigned Clerk of Court on motion by Plaintiff for entry of default against the Defendant Tony E. Bynum;

And it appearing to the Court that the action against the Defendants was commenced on February 11, 2011 and that the Summons and Complaint were served on the Defendant Tony E. Bynum on February 28, 2011, as evidenced by the Return of Service filed by the Plaintiff;

**THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED** that default is hereby entered against the Defendant Tony E. Bynum.

This the 15TH day of July 2011.

_____
Clerk of Court