IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CV-62-FL

| | | |
|---|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| EDWARD S. BYNUM and TONY E. BYNUM, | ) ) ) | |
| Defendants. | ) | |

This matter comes now before the court pursuant to the court's November 6, 2012, order directing defendant Tony to respond to defendant Edward's motion for judgment on the pleadings (DE #8), and warning that failure to respond as directed may result in entry of judgment in favor of defendant Edward in this case. Where defendant Tony has failed to respond as directed, and upon review of defendant Edward's motion for judgment on the pleadings, including for the reasons stated in the court's November 6, 2012, order, the court hereby GRANTS defendant Edward's motion for judgment on the pleadings (DE #8), and directs the clerk to enter judgment in favor of defendant Edward directing provision of proceeds paid into the clerk's office to this defendant, pursuant to the court's September 21, 2011, order. The clerk is directed to close this case.

So ordered, this the 31st day of December 2012.

_____
LOUISE W. FLANAGAN
United States District Judge