UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **JUDGMENT** ) |
| | ) No. 5:11-CV-62-FL ) |
| EDWARD S. BYNUM and TONY E. BYNUM, | ) ) ) |
| Defendants. | ) ) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant Edward S. Bynum's motion for judgment on the pleadings.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 31, 2012, that defendant Edward S. Bynum's motion for judgment on the pleadings is granted. Judgment is entered in favor of Edward S. Bynum and proceeds previously deposited shall be paid to this defendant as indicated in the court's September 21, 2011 order.

**This Judgment Filed and Entered on January 2, 2013, and Copies To:**
Benjamin L. Worley (via CM/ECF Notice of Electronic Filing)
Edward S. Bynum (via U.S. Mail) 5411 Nita Drive, Winston-Salem, NC 27105
Tony E. Bynum (via U.S. Mail) Central Prison, 1300 Western Boulevard, Raleigh, NC 27606

January 2, 2013            JULIE A. RICHARDS, CLERK
                            /s/ Christa N. Baker
                            (By) Christa N. Baker, Deputy Clerk